

**NORTH CAROLINA WESTERN**
MEMORANDUM

**Date:** 9/3/2013

**To:** The Honorable Frank D. Whitney
Chief United States District Judge

**From:** Michael M. Bonelli
United States Probation Officer

**Subject:** Morgan, Andre Lamonte
Dkt. No. 0419 3:03CR00098-1
**REQUEST TO DESTROY SEIZED PROPERTY**

FILED
CHARLOTTE, NC
SEP 9 2013
US District Court
Western District of NC

---

On 01/20/2005, the defendant was sentenced pursuant to a conviction for Using and Carrying a Firearm in Furtherance of a Drug Trafficking Crime and Possession of a Firearm by a Convicted Felon. He was ordered to serve 93 months' imprisonment, followed by three (3) years of supervised release. His term of supervised release commenced on 07/13/2010. The following property was seized from the defendant during his supervision term: 1) Charter Arms .44 Caliber Revolver Target Bulldog (serial number 98289), 2) 56 rounds of ammunition, 3) Holster, 4) Cuban Cigar, 5) Marijuana Grinder, 6) Ez-duz-it rolling papers, 7) Job 1 ¼ rolling papers, 8) Sandwich Bags, 9) Receipt from food mart, 10) Cellphone, and 11) Kincaver Dupont bag. These items were seized from the defendant's residence on 03/10/2012. His term of supervised release was revoked on 12/20/2012, and he was ordered to serve Sixty (60) months imprisonment with no further term of supervised release. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7644, should you have any questions.

THE COURT ORDERS:

☑ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

_____9/5/13_____          _____[signature]_____

Signature of Judicial Officer              Date